MRKONJIC-RUZIC *v.* UNITED STATES.

No. 880. Decided April 1, 1969.

*Gregory S. Stout* for petitioner.

*Solicitor General Griswold, Acting Assistant Attorney General Kossack,* and *Beatrice Rosenberg* for the United States.

PER CURIAM.

The petition for a writ of certiorari is granted, the judgment is vacated and the case is remanded to the United States District Court for the Eastern District of California for further consideration in light of *Alderman* v. *United States, ante,* p. 165.

MR. JUSTICE BLACK dissents.

NICKOLICH *v.* OHIO.

No. 1052. Decided April 1, 1969.

*George E. Tyack* for appellant.

*E. Raymond Morehart* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.